THE PEOPLE OF THE STATE OF NEW YORK v. JOHN BUDINICH.— Motion granted.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. OLLIE WONG.— Motion granted.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ABNER M. STEINBERG v. LEO SIMON.— Application granted.  Order signed.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

CROWELL PUBLISHING COMPANY v. SOUTHERN SURETY COMPANY.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

SAMUEL LANDOWSKI v. JAMES EVERARD'S BREWERIES.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Laughlin, Dowling. Smith and Page, JJ.

JOHN W. ALDEN v. WILLIAM WRIGHT.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

RUDOLPH WINTER v. PETER DOELGER COMPANY.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JOSHUA SILVERSTEIN v. STANDARD ACCIDENT INSURANCE COMPANY. — Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ROSENTHAL PAPER COMPANY v. NATIONAL FOLDING BOX COMPANY.— Motion granted.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

CHARLES M. ROSENTHAL v. GINGOLD REALTY COMPANY.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

DODGE & DENT MANUFACTURING COMPANY v. PENNSYLVANIA RAILROAD COMPANY.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JOHN A. FRITZ v. SMITH WORTHINGTON COMPANY.— Motion for stay granted on condition that appellant brings on the appeal for argument on February 9, 1917.  Order to be settled on notice.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

EUGENE L. RICHARDS v. LONDON AND LANCASHIRE COMPANY.— Motion for stay granted on condition that appellant brings on the appeal for argument on February 9, 1917.  Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JACOB M. WIMPIE v. FOSTER MACHINE COMPANY.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

VICTOR CASAZZA v. ALESSANDRO BOLOGNESI.— Motion granted unless appellant complies with terms stated in order.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.